# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JOHNNY MCGEE and MICHELLE MCGEE,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-00220-L** |
| **ASI LLOYDS,**[*] | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") (Doc. 22), filed November 20, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all Parties who have appeared, no court order is required, and this action and all claims asserted by or against the Parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court declines to issue one. Per the Stipulation, the Parties shall bear their own costs.

**It is so ordered** this 21st day of November, 2023.

Sam A. Lindsay
United States District Judge

---

[*]The correct name of Defendant is ASI Lloyds as reflected in Plaintiff's First Amended Complaint (Doc. 14). The court **directs** the clerk of court to correct the docket sheet to reflect Defendant's true name.

Order – Solo Page